# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140249

JOSEPHINE AVOLIO, THERESA
CASASANTA, and DONALD AVOLIO,
    Plaintiffs-Appellants,

v

JAMES T. HOGAN and HOGAN & KIPKE,
P.C.,
    Defendants-Appellees.

SC: 140249
COA: 287684
Macomb CC: 2007-003777-NM

_____/

On order of the Court, the application for leave to appeal the November 10, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

Clerk

0419